CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL 27 PM 2: 47

DEPUTY CLERK _____

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

Joseph JOHNSON, Jr.
Plaintiff

v.

Alison Rae Ashmore, et al.
Defendant

3 - 15 CV - 2 4 7 5 K

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, Joseph Johnson, Jr.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The undersigned Plaintiff, Joseph Johnson, Jr., certifies that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entity having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Plaintiff: Joseph Johnson, Jr.
Defendant: Alison Rae Ashmore, Pro Se
Defendant: Craig William Budner, Pro Se

| | |
|---|---|
| Date: | July 24, 2015 |
| Signature: | *Joseph Johnson, Jr.* |
| Print Name: | Joseph Johnson, Jr. |
| Bar Number: | |
| Address: | Post Office Box 441572 |
| City, State, Zip: | Fort Washington, MD   20749 |
| Telephone: | 240-605-9921 |
| Fax: | |
| E-Mail: | JJohnson531@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons