IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH JOHNSON, JR., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2475-K |
| | § | |
| ALISON RAE ASHMORE and CRAIG WILLIAM BUDNER, | § § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion to Dismiss filed on* September 4, 2015, **is GRANTED.** Plaintiff's Objections filed on June 20, 2016 are **OVERRULED.** All of the plaintiffs' claims against defendants are dismissed with prejudice. All other motions are hereby **DENIED as MOOT.**

SO ORDERED

Signed June 21st, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE